# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0868.  HANS EHRNROOTH v. PENELOPE STOCKINGER.**

Defendant Hans Ehrnrooth filed this direct appeal, seeking review of the trial court's order denying his motion to dismiss this civil action to domesticate a foreign judgment in a paternity proceeding.  We lack jurisdiction.

Because plaintiff Penelope Stockinger's request for an order domesticating the California judgment as the judgment of the Cobb County court still remained pending below, Ehrnrooth was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the denial of his motion to dismiss.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989).  Absent a timely certificate of immediate review, the party seeking to appeal must wait until the final judgment to do so.  See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973).

Pretermitting whether an appeal in this action also may be subject to the discretionary appeal procedures, see OCGA § 5-6-35 (a) (2), (b); *Brown v. Dept. of Human Resources*, 204 Ga. App. 27, 27 (418 SE2d 404) (1992); *Elmore v. Elmore*, 177 Ga. App. 682, 682 (1) (340 SE2d 651) (1986), Ehrnrooth's failure to follow the interlocutory appeal procedures deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* <u>  01/24/2019  </u>
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*